No. 90–7551. BURKHALTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7552. CLARY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–7553. SLAUGHTER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 90–7554. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7555. RUTHERFORD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7556. DUMAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7572. PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, AS ADMINISTRATOR OF THE ESTATE OF MILAN, DECEASED v. GIBSON & CUSHMAN OF NEW YORK, INC. Ct. App. N. Y. Certiorari denied.

No. 90–7575. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7576. BISHOP v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7581. YOUNG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7582. PELUSO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7586. DIAZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7597. GERMANO ET UX. v. BLEVINS, JUDGE, DISTRICT COURT FOR THE SEVENTH JUDICIAL DISTRICT OF OKLAHOMA. Sup. Ct. Okla. Certiorari denied.

No. 90–7598. AGHA v. SECRETARY OF THE ARMY. C. A. 9th Cir. Certiorari denied.

No. 90–7600. DOUGLAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.